**Order entered September 29, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00565-CV

### JW GST EXEMPT TRUST, ET AL., Appellants

### V.

### WRENO S. WYNNE, ET AL., Appellees

**On Appeal from the 86th Judicial District Court
Kaufman County, Texas
Trial Court Cause No. 84117-86**

## ORDER

A 2,562 page clerk's record was filed on June 4, 2014. On August 20, 2014, the parties filed a joint motion in the trial court seeking to correct numerous errors and omissions in the clerk's record. On August 21, 2014, we received a corrected clerk's record. The corrected clerk's record did not correct the errors and omissions set forth in the parties' joint motion. For this reason, in an order dated August 25, 2014, we struck the clerk's records filed on June 4, 2014 and August 21, 2014. We ordered Rhonda Hughey, Kaufman County District Clerk, to file, by September 25, 2014, a clerk's record correcting each error and omission set forth in the parties' joint motion. On August 25, 2014, a supplemental clerk's record was filed containing a corrected index, apparently pertaining to the corrected clerk's record filed on August 21, 2014, and the documents omitted from both of the previously filed clerk's records. Because we struck

the June 4, 2014 and August 21, 2014 clerk's records, the supplemental clerk's record does not cure the problems previously identified.

On the Court's own motion, we **STRIKE** the supplemental clerk's record filed on August 25, 2014.

We **ORDER** Rhonda Hughey to file by **OCTOBER 10, 2014**, a complete and accurately indexed clerk's record containing all requested documents. Appellants' brief will be due fifteen days after the clerk's record is filed.

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to the Honorable Howard Tygrett, Judge of the 86th Judicial District Court of Kaufman County, Texas, Rhonda Hughey, and all counsel of record.

/s/     ELIZABETH LANG-MIERS
JUSTICE